ENTERED
CLERK, U.S. DISTRICT COURT

AUG - 4 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANNE KOCH, an individual,

Plaintiff,

v.

CLEAR CHANNEL
COMMUNICATIONS INC., a Texas
corporation; PREMIERE RADIO
NETWORKS, INC., a Delaware
corporation; XM SATELLITE RADIO
INC., a Delaware corporation; and
GLENN BECK, an individual,

Defendants.

No. CV 03-03430-NM(PJWx)

PERMANENT INJUNCTION

Based on the Stipulation of the parties, it is hereby ordered:

1.      Defendants CLEAR CHANNEL COMMUNICATIONS INC.,

PREMIERE RADIO NETWORKS, INC., and GLENN BECK, and their respective

affiliates, subsidiaries, agents, servants, employees, and any and all persons in

active concert or participation with them or any of them, are hereby permanently

enjoined, for the entire life of the copyright of the Work (as defined below),

including any renewals and extensions thereof, from copying, dramatizing,

performing, distributing, making derivative works or offering for sale, selling, or

transmitting copies of the 1938 radio play entitled "War of the Worlds" written by

STEIN & FLUGGE, LLP
6100 Wilshire Blvd.
Suite 1250
Los Angeles, CA
90048
(323) 936-1455

PERM INJ

- 1 -

**ORIGINAL**

July 3, 2003

1  Howard Koch (the "Work") or making any use whatsoever of the Work or any
2  derivative work thereof, including but not limited to, the original performance of
3  such Work in the form of the original Mercury Theater/Orson Welles version.

4       2.    Defendants CLEAR CHANNEL COMMUNICATIONS INC.,
5  PREMIERE RADIO NETWORKS, INC., and GLENN BECK, and their respective
6  affiliates, subsidiaries, agents, servants, employees, and any and all persons in
7  active concert or participation with them or any of them, are hereby permanently
8  enjoined, for the entire life of the copyright of the Work, including any renewals and
9  extensions thereof, from copying, dramatizing, performing, distributing, making
10 derivative works or offering for sale, selling, or transmitting copies of that certain
11 radio program based on the Work which was produced in or about October of 2002
12 with Glenn Beck in the Orson Welles role, or making any use whatsoever of said
13 2002 radio program.

14      3.    Defendants CLEAR CHANNEL COMMUNICATIONS INC.,
15 PREMIERE RADIO NETWORKS, INC., and GLENN BECK, and their respective
16 affiliates, subsidiaries, agents, servants, employees, and any and all persons in
17 active concert or participation with them or any of them, are hereby permanently
18 enjoined, for the entire life of the copyright of the Work, including any renewals and
19 extensions thereof, from copying, dramatizing, performing, distributing, making
20 derivative works or offering for sale, selling, or transmitting copies of that certain
21 recorded performance of the Work that had been produced by the Los Angeles
22 Theatre Workshop, or making any use whatsoever of said Los Angeles Theatre
23 Workshop recorded performance.

24      4.    Said injunction shall be fully effective immediately without bond.

25      5.    All Defendants having generally appeared through their Stipulation with
26 the Plaintiff, the Court hereby reserves jurisdiction *for 180 days* to enforce this Permanent
27 Injunction including the award of attorney's fees and costs to Plaintiff incurred in
28

STEIN & FLUGGE, LLP
6100 Wilshire Blvd
Suite 1250
Los Angeles, CA
90048
(323) 936-1455

1  connection with the enforcement thereof and/or other relief available to Plaintiff

2  under 17 U.S.C. §101 *et seq.*

3      6.    The Court further hereby reserves jurisdiction *for 180 days* to entertain an ex-parte

4  application to enter a Permanent Injunction against Defendant XM Satellite Radio

5  Inc., and to entertain an application for the award of attorney's fees and costs and

6  other relief available to Plaintiff under 17 U.S.C. §101 *et seq.* to Plaintiff in the

7  event that Defendant XM Satellite Radio Inc. violates the Settlement Agreement by

8  making an unauthorized use of the Work or any derivative work thereof during the

9  entire life of the copyright in the Work, and Plaintiff thereby is required to seek and

10  obtain an injunction and/or other relief available to Plaintiff under 17 U.S.C. §101 *et*

11  *seq.*

12

13  Dated: 7/31/03

14                          NORA MANELLA
             UNITED STATES DISTRICT COURT JUDGE

15

16  ORDER PRESENTED BY:

17  STEIN & FLUGGE, LLP

18

19

20  BY

    MARC R. STEIN

21  Attorneys for Plaintiff Anne Koch

22

23

24

25

26

27

28

STEIN & FLUGGE, LLP
6100 Wilshire Blvd.
Suite 1250
Los Angeles, CA
90048
(323) 936-1455